UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVIONS DE TRANSPORT RÉGIONAL G.I.E.,
                           Plaintiff,

- against -

AVIAN LÍNEAS AÉREAS S.A. and SYNERGY AEROSPACE CORP.,

                           Defendants.

**DEFAULT JUDGMENT**

19 CV 06769 (AKH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/19
```

This action having been commenced on July 19, 2019 by the filing of the Summons and Verified Complaint, and a copy of the Summons and Verified Complaint having been personally served on the Defendants Avian Líneas Aéreas S.A. and Synergy Aerospace Corp., on July 23, 2019 by personal service on Defendants' agent for service Diana Arias-Hernandez at Law Debenture Corporate Services, Inc., 801 2nd Avenue, Suite #403, New York, NY 10017, and the proofs of service by the process server having been filed on July 25, 2019 (*see* Doc. Nos. 9 and 10), and the Defendants having not answered the Verified Complaint, and there being no defense on the merits, and the time for answering the Verified Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the face amount of $13,677,650, plus interest at 9% per annum from September 30, 2017 amounting to $16,075,572.51 plus costs and disbursements of this action in the amount of $740.50 amounting in all to $16,076,313.01.

Dated: New York, New York
          Nov. 13, 2019

                                                            _____
                                                              U.S.D.J.